993 F.2d 875
 Cammer (Rose), Rosen (Samuel, Jodi, Seth), Bury (Albert,
Jr.), Bury (Carmela), Wuhl (Louis S.), Zweibaum (Ronald),
Schlesinger (Herbert), Shapiro (Jerry), Simon (Raymond),
Chiodo (Daniel), Arutt (Barbara), Landers (David),
Schlesinger Investment Partnership, Knecht (George W.),
Paterson (Rita), Lavoro (Paul)
v.
Bloom (Bruce M.), Bober (Richard), Glantz (Ernest),
Weinstein (Michael S.), Lustig (Denis), Kagan
(Philip I.), Finkle & Ross, Peat Marwick
 NO. 92-5428
 United States Court of Appeals,
Third Circuit.
 Apr 07, 1993
 
 Appeal From: D.N.J.,
 Lechner, J.,
 
 711 F.Supp. 1264
 
 1
 APPEAL DISMISSED.